IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHLEEN STONE<br><br>    Plaintiffs,<br><br>  v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE, and JOHN AND JANE DOES 1-50,<br><br>    Defendants. | Civil Action No. 24-cv-11897-JCB |

## PRESIDENT AND FELLOWS OF HARVARD COLLEGE'S
## MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(6) and Local Rule 7.1(b), Defendant President and Fellows of Harvard College ("Harvard") hereby moves for an order dismissing Counts I, II, and V of the Complaint (the Complaint") filed by Plaintiff Kathleen Stone ("Stone") in the above-captioned matter in their entirety and partially dismissing Counts III and IV of the Complaint to the extent they are time-barred.

In support of this motion, Harvard states that Stone has failed to state a claim upon which relief can be granted. In further support of this motion, Harvard submits the accompanying Memorandum of Law.

WHEREFORE, Defendant Harvard respectfully requests that this Court grant this Motion to Dismiss.

1

## **REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), Defendant respectfully requests to be heard at oral argument on their motion to dismiss.

Respectfully submitted on this 7th day of October 2024.

        PRESIDENT AND FELLOWS OF HARVARD COLLEGE

        By its attorneys,

        */s/ Madeleine K. Rodriguez*
        Madeleine K. Rodriguez (BBO # 684394)
        Allison L. Anderson (BBO #687662)
        Leah S. Rizkallah (BBO # 696949)
        FOLEY HOAG LLP
        155 Seaport Boulevard
        Boston, MA 02210-2600
        mrodriguez@foleyhoag.com
        alanderson@foleyhoag.com
        lrizkallah@foleyhoag.com
        Tel: 617-832-1000
        Fax: 617-832-7000

**LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel has conferred in a good faith effort to resolve or narrow the issues raised in this motion. Plaintiff opposes the relief requested in this motion.

/s/ *Madeline K. Rodriguez*
Madeline K. Rodriguez

**CERTIFICATE OF SERIVCE**

I hereby certify that on October 7, 2024, the foregoing document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent via first class mail to those indicated as non-registered participants.

/s/ *Madeline K. Rodriguez*
Madeline K. Rodriguez