IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHLEEN STONE<br><br>Plaintiffs,<br><br>v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE, and JOHN AND JANE DOES 1-50,<br><br>Defendants. | Civil Action No. 24-cv-11897-JCB |

**DEFENDANT PRESIDENT AND FELLOWS OF HARVARD COLLEGE
UNOPPOSED MOTION FOR CONTINUANCE**

Defendant President and Fellows of Harvard College ("Harvard"), through undersigned counsel, respectfully moves this Court for a continuance of the Motion to Dismiss Hearing set before this Court on February 5, 2025.

On December 5, 2024, this Court issued an order setting a Motion to Dismiss Hearing on February 5, 2025, at 11:30 am. ECF No. 25. Counsel for Harvard, Attorney Anderson, has an out-of-state, immovable conflict that day. Plaintiff's counsel does not oppose Defendant's request for a brief continuance.

Counsel for all parties discussed their availability and propose February 20, 2025 as an alternative date for the Motion to Dismiss hearing.

1

For the foregoing reasons, Defendants request that the Motion to Dismiss hearing be moved to February 20, 2025.

| | |
|---|---|
| Dated:  December 6, 2024 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE |
| | By its attorneys, |
| | */s/ Allison L. Anderson* <br> Madeleine K. Rodriguez (BBO# 684394) <br> Allison L. Anderson (BBO# 687662) <br> Leah S. Rizkallah (BBO# 696949) <br> Emily J. Nash (BBO# 696460) <br> Maureen S. Berry (BBO# 712841) <br> FOLEY HOAG LLP <br> 155 Seaport Boulevard <br> Boston, MA 02210-2600 <br> mrodriguez@foleyhoag.com <br> alanderson@foleyhoag.com <br> lrizkallah@foleyhoag.com <br> enash@foleyhoag.com <br> mberry@foleyhoag.com <br> Tel: 617-832-1000 <br> Fax: 617-832-7000 |

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the above date.

                                                */s/ Allison L. Anderson*
                                                Allison L. Anderson