# EXHIBIT B

## **CERTIFICATION**

  Pursuant to Local Rule 16.1(d)(3), Plaintiff Kathleen Stone hereby certifies that she has consulted with her undersigned counsel, Gabrielle Vinci of Nesenoff & Miltenberg, LLP., regarding the cost of litigation and available non-litigation options, a reasonable budget for litigation to ensure litigation is pursued in a cost-effective manner, and the availability of alternative dispute resolution programs to resolve the litigation.

              */s/ Gabrielle M. Vinci*
              Gabrielle M. Vinci, Esq.


              */s/ Kathleen Stone*
              Kathleen Stone, Plaintiff