# EXHIBIT C

## CERTIFICATION

Pursuant to Local Rule 16.1(d)(3), the President and Fellows of Harvard College hereby certifies that it has consulted with its undersigned counsel, Allison Anderson, regarding the cost of litigation and available non-litigation options, a reasonable budget for litigation to ensure the litigation is pursued in a cost effective manner, and the availability of alternative dispute resolution programs to resolve the litigation.

/s/ Allison A. Anderson
Allison A. Anderson

Signed by:

*Jennifer Kirby*
2206EEC8586C45B

Jennifer Kirby
*Representative for President and Fellows of Harvard College*